IN THE UNITED STATES DISTRICT COURT    FILED
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION    2009 JUL -1 A II: 10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§<br>§ | **SA09CR519FB**<br>**INDICTMENT**    DEPUTY |
| vs. | § | |
| OMAR ESTRADA CUELLAR,<br>Defendant. | §<br>§<br>§ | [In violation of 18 U.S.C. § 924(a)(1)(A) -<br>False Statement While Purchasing A Firearm] |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 924(a)(1)(A)
### False Statement While Purchasing A Firearm]

That on or about November 4, 2008, within the Western District of Texas, Defendants,

## OMAR ESTRADA CUELLAR,

in connection with and during the purchase or acquisition of one or more firearms at Bullet Hole

Firearms, San Antonio, Texas, knowingly made a false statement and representation with respect to

information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in

the records of Bullet Hole Firearms, a firearms dealer licensed under the provisions of Chapter 44

of Title 18, United States Code, in that **OMAR ESTRADA CUELLAR** did execute Bureau of

Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, certifying that he was the

actual buyer of the firearm indicated on the Form 4473; whereas in truth and in fact **OMAR**

**ESTRADA CUELLAR** was purchasing the firearm for and on behalf of another individual, in

violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

A TRUE BILL.

███████████████

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
/SARAH WANNARKA
Assistant United States Attorney